# ELECTRONIC RECORD

COA # 02-15-00034-CR                    OFFENSE:  OTHER CRIMINAL

STYLE:  Larry Gene Sewell v. The State of Texas                    COUNTY:  Tarrant

COA DISPOSITION:  DISMJR                    TRIAL COURT:  Criminal District Court No. 1

DATE: 05/21/2015          Publish: NO  TC CASE #:  0248756D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Larry Gene Sewell v. The State of Texas          CCA #:  769-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___11/18/2015___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**